IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CURTIS DWAINE DYSON, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   Civil Action No. 3:24-CV-00975-E-BU |
| | § |
| COMMISSIONER OF SOCIAL SECURITY, | § |
| | § |
| Defendant. | § |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (ECF No. 22). Plaintiff-Appellant Dyson filed objections.[1] The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. (ECF No. 22). The Court shall enter final judgment, separately. *See* Fed. R. Civ. P. 54; Fed. R. Civ. P. 58.

**SO ORDERED this 28th day of March, 2025.**

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE

---

[1] Dyson timely filed objections on March 7, 2025. (ECF No. 23).